**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANGELA WILSON,

    Plaintiff,

v.                                                               No CV. 19-380 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed Motion for Enlargement of Time* (the "Motion"), (Doc. 12), filed August 20, 2019. In his Motion, Defendant Commissioner requests an extension of time until September 19, 2019, to file his answer in the above-captioned case. (Doc. 12 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Commissioner shall have until **September 19, 2019**, to file his answer or other responsive pleading to Plaintiff Angela Wilson's Complaint.

**IT IS SO ORDERED**.

                                                        THE HONORABLE CARMEN E. GARZA
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE