**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANGELA WILSON,

       Plaintiff,

v.                                               No. CV 19-380 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on Defendant Andrew Saul's *Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 19), filed October 17, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE